AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****     DISTRICT OF    NEVADA

ROBERT BROWN,

        Plaintiff,             JUDGMENT IN A CIVIL CASE

   V.

                                    CASE NUMBER: **3:06-cv-00370-LRH-VPC**

R. JAMES NICHOLSON, SECRETARY OF
THE DEPARTMENT OF VETERANS
AFFAIRS,

        Defendant.

___      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_      **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that Defendant's (#12) Motion for Summary Judgment is GRANTED.

   January 18, 2008                                       **LANCE S. WILSON**
                                                               Clerk

                                                           /s/ Kalani Lizares
                                                          Deputy Clerk